IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| RUBENS, et al. | : | 02-4514 |
| BAIN | : | 02-4543 |
| BAHADORI | : | 02-4801 |
| BROOKSHIRE, et al. | : | 02-4890 |
| ARELLANO, et al. | : | 02-4917 |
| DANYKO, et al. | : | 02-4958 |
| GAW, et al. | : | 02-4989 |
| HERRERA, et al. | : | 02-5052 |
| GUERZON, et al. | : | 02-5104 |
| URBAN, et al. | : | 02-5151 |
| VALDEPENAS, et al. | : | 02-5181 |
| ZETTERQUIST, et al. | : | 02-5242 |
| LOCKWOOD | : | 02-5269 |
| WILSON, et al. | : | 02-5295 |
| WINSLOW, et al. | : | 02-5359 |
| REYES | : | 02-5444 |
| LEVINE, et al. | : | 02-5475 |
| SPARKS | : | 02-5546 |
| SHELKEY, JR. | : | 02-5421 |
| CARR | : | 02-5602 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

**AND NOW,** this            day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -   Order staying these proceedings pending disposition of a related action.

    [    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [    ]   -   Interlocutory appeal filed.

[ X ]  -  Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**John P. Fullam, Judge**